# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JOSEPH MARVELLI, : No. 334 EAL 2022
:
          Petitioner :
: Petition for Allowance of Appeal
: from the Order of the
          v. : Commonwealth Court
:
:
US FOODS, INC. (WORKERS' :
COMPENSATION APPEAL BOARD), :
:
          Respondent :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 2nd day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.